**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Reginald VOLTAIRE, Defendant–**
**Appellant.**

**No. 10–12631**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 9, 2011.

Pamela A. Moine, U.S. Attorney's Office, Pensacola, FL, Christopher P. Canova, Terry Flynn, Thomas F. Kirwin, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Robert Augustus Harper, Jr., Attorney at Law, Tallahassee, FL, for Defendant–Appellant.

Reginald Voltaire, Estill, SC, pro se.

Before TJOFLAT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Robert Augustus Harper, appointed counsel for Reginald Voltaire in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v.*

*California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Voltaire's convictions and sentences are **AFFIRMED.**